

# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2017

No. 04-16-00491-CV

Sam **LAJZEROWICZ**,
Appellant

v.

Estelita **LAJZEROWICZ**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-16638
Honorable Stephani A. Walsh, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file the appellant's brief is granted. We order the appellant to file the appellant's brief by February 8, 2017.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2017.

_____
Keith E. Hottle
Clerk of Court